CITY COURT OF NEW YORK — GENERAL TERM,
MARCH, 1898.

THE REEDY ELEVATOR Co., Appellant, *v.* THE AMERICAN GROCERY
Co., Respondent.

APPEAL from an order of the Special Term.

Henry B. Wesselman, for appellant.

Dill, Seymour & Kellogg, for respondent.

*Per Curiam.*   Order affirmed upon the opinion of the Special
Term justices.

Present:   FITZSIMONS, Ch. J., and OLCOTT, J.

Order affirmed.